**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 05, 2005**

J. Vincent Aug, Jr.
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **EAGLE PICHER HOLDINGS, INC.,** *et al.,* ) | **Jointly Administered** |
| ) | **Case No. 05-12601** |
| **Debtors.** ) | |
| ) | **Judge J. Vincent Aug, Jr.** |

### ORDER GRANTING MOTION OF DEBTORS FOR AN ORDER FURTHER EXTENDING EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

This matter having come before this Court on the Motion of Debtors for an Order Further Extending Exclusive Periods to File Plans of Reorganization and Solicit Acceptances Thereof (the "Motion")[1] [Docket No. 1187], and the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1134; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and (iv) proper and adequate notice of the Motion and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the hearing thereon has been given and that no other or further notice is necessary; and, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The Debtors' Exclusive Filing Period is extended through and including March 7, 2006.

3. The Debtors' Exclusive Solicitation Period is extended through and including May 6, 2006.

4. This Order is without prejudice to the Debtors' right to seek additional extensions of the Exclusive Filing Period and Exclusive Solicitation Period.

5. This Order is effective immediately upon entry.

SUBMITTED BY:

Stephen D. Lerner (OH 0051284)
SQUIRE, SANDERS & DEMPSEY L.L.P
312 Walnut Street, Suite 3500
Cincinnati, Ohio  45202
Telephone: 513.361.1200
Facsimile:  513.361.1201
E-mail:  slerner@ssd.com

ATTORNEYS FOR
DEBTORS AND DEBTORS IN POSSESSION
.

# # #

CINCINNATI/52044