**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 06, 2006**

J. Vincent Aug, Jr.
United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

In re                                    Case No. **05-12601**
**EaglePicher Holdings, Inc.**
    Debtor(s)                    Chapter 11  (Judge Aug)

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter is before the Court on the Administrator of the Oklahoma Worker's Compensation Court's Motion for Relief From Stay (Doc. 1083). The Debtors did not file a response to the motion. A hearing was held on December 1, 2005. At the hearing, the Court orally granted the motion.

Accordingly, the stay is hereby lifted for the limited purposes set forth in the motion.

IT IS SO ORDERED.

copy to:
    Debtor
    Stephen Lerner, Esq.
    Kevin Blaney, Esq.
    U.S. Trustee

# # #