**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Jeffery P. Hopkins*
United States Bankruptcy Judge

**Dated: October 28, 2016**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **EAGLEPICHER HOLDINGS, INC.,** *et al.*, | ) ) | **Case No. 05-12601** |
| | ) ) ) | **Jointly Administered with Case No. 05-12605 and Case No. 05-12606** |
| | ) | |
| **Post Confirmation Debtors.** | ) | **Honorable Jeffery P. Hopkins** |

**FINAL DECREE**

THIS MATTER is before the Court on the *Motion for Entry of Final Decree in EaglePicher Holdings, Inc., EaglePicher Incorporated, EaglePicher Technologies LLC, and Hillsdale Debtors' Chapter 11 Cases* (the "Motion")[1] filed by EPMC Holdings Corporation ("EPMC"); the Motion having been served upon all parties requesting notice in these chapter 11 cases, including the United States Trustee; the Court having reviewed the Motion; the Court finding that the legal and factual

---

[1] Capitalized terms used herein but not defined shall have the definitions set forth in the Motion.

bases set forth in the Motion establish cause for the relief granted herein; and the Court having otherwise been fully advised in the premises;

**THE COURT HEREBY FINDS THAT:**

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

B    EPMC desires entry of this Final Decree which closes the EaglePicher Holdings, Inc., EaglePicher Incorporated, EaglePicher Technologies LLC, and Hillsdale Debtors' chapter 11 cases pursuant to 11 U.S.C. § 350, Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3022-1.

C. All distributions required under the Plan have been made.

D. All fees due to the Office of the United States Trustee have been paid.

E. There are no motions, contested matters or adversary proceedings pending in the EaglePicher Holdings, Inc., EaglePicher Incorporated, EaglePicher Technologies LLC, and Hillsdale Debtors' chapter 11 cases and all such matters have been finally resolved.

F. EaglePicher Holdings, Inc., EaglePicher Incorporated, EaglePicher Technologies LLC, and Hillsdale Debtors' chapter 11 have been fully administered.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is hereby granted in its entirety.

2. EaglePicher Holdings, Inc., EaglePicher Incorporated, EaglePicher Technologies LLC, and Hillsdale Debtors' chapter 11 shall be, and hereby are, closed pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure.

3. EPMC and its counsel are hereby discharged as fiduciaries to the EaglePicher Holdings, Inc., EaglePicher Incorporated, EaglePicher Technologies LLC, and Hillsdale Debtors' chapter 11 estates.

**SO ORDERED.**

Copies to: Default List

# # #

4834-8718-3666v2